# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE DOTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DOCTOR,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-00093-LJO-SKO (PC)<br><br>ORDER STRIKING UNSIGNED MOTION<br><br>(Doc. 15) |

    Plaintiff Tracy Lee Dotson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 27, 2013. On April 16, 2014, Plaintiff filed an unsigned motion seeking the appointment of counsel. Filings must include the original signature of the filing party, Fed. R. Civ. P. 11(a); Local Rule 131, and all documents submitted without the required signature are stricken, Doc. 7, First Informational Order, § II(G).

    In light of Plaintiff's failure to sign his motion, it is HEREBY ORDERED STRICKEN from the record, which renders it a nullity.

IT IS SO ORDERED.

    Dated: **April 21, 2014**                **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28